IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS ERAZO ROJAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-443-KC |
| | § | |
| KRISTI NOEM et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On October 3, 2025, Petitioner Luis Erazo Rojas filed a Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, alleging that he is unlawfully held in immigration custody. On October 6, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Oct. 6, 2025, Order, ECF No. 3. On October 20, Respondents filed a Response, ECF No. 4, arguing that the Court should deny the Petition because "Petitioner is lawfully detained on a mandatory basis as an applicant for admission pending removal proceedings before an immigration judge." Resp. 3. Respondents also point out that "Petitioner does not allege how he was released from custody after his initial detention." *Id.* at 4 n.3.

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** a reply to Respondents' Response **by no later than October 28, 2025**.

**SO ORDERED**.

**SIGNED this 21st day of October, 2025.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE