IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LUIS ERAZO ROJAS, § § Petitioner, § § v. § § KRISTI NOEM et al., § § Respondents. § | CAUSE NO. EP-25-CV-443-KC |

## **ORDER**

On this day, the Court considered the case. On October 30, 2025, the Court granted in part Erazo Rojas' Petition for Writ of Habeas Corpus, ECF No. 1, and ordered Respondents to either (1) provide Erazo Rojas with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Erazo Rojas' continued detention; or (2) release Erazo Rojas from custody, under reasonable conditions of supervision. Oct. 30, 2025, Order 10, ECF No. 7. The Court also ordered Respondents to file written notice informing the Court whether Erazo Rojas had been released from custody. *Id.*

On November 6, Respondents filed an Advisory to the Court ("Advisory"), ECF No. 8. Respondents state that "[o]n November 5, 2025, the immigration judge conducted a bond hearing" and "Petitioner was granted release upon the posting of a bond in the amount of $3,500." *Id.* As of November 6, however, "Petitioner remained in custody because Petitioner had not posted bond." *Id.*

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice informing the Court whether any matters remain to be resolved in this case **by no later than November 21, 2025**.

**SO ORDERED**.

**SIGNED this 7th day of November, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE