IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS ERAZO ROJAS, | § | |
| Petitioner, | § § § | |
| v. | § | CAUSE NO. EP-25-CV-443-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § | |

### ORDER

On this day, the Court considered the case. On October 30, 2025, the Court granted in part Erazo Rojas' Petition for Writ of Habeas Corpus. Oct. 30, 2025, Order 1, 10, ECF No. 7. On November 6, Respondents informed the Court that Erazo Rojas was granted release upon the posting of a $3,500.00 bond, but that he remained in custody because he had not yet posted bond. Advisory to Ct., ECF No. 8. Thereafter, the Court ordered the parties to meet and confer and file notice of whether any matters remained to be resolved in the case. Nov. 7, 2025, Order, ECF No. 9. The parties now state that Erazo Rojas "has since been released from custody after the bond payment was completed" and "the court should dispose of the matter" because there are "no issues remaining." Joint Status Report ¶¶ 2–3, ECF No. 10.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 20th day of November, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE